UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF
ANNAMARIE D. RIETHMILLER,                CASE NO: 8:10-mc-94-T-23TGW

    Movant.
_____/

**O R D E R**

    Proceeding pro se, the movant submits an "ex parte motion for temporary restraining order" "preventing the 12th Judicial District Court in Manatee County to proceed in any matter where no final judgment has not been entered into as at August 8, 2010, in which the Movant is a Petitioner, Respondent, Plaintiff, Defendant or Applicant . . . ." For the reasons stated in Riethmiller v. Fabisiak, No. 8:10-cv-1763-JSM-TGW (M.D. Fla. Aug. 7, 2010), and In re Riethmiller, No. 8:10-mc-95-VMC-EAJ (M.D. Fla. Aug. 10, 2010), the motion (Doc. 1) is **DENIED**. The Clerk is directed to terminate and pending motion and close the case.

    ORDERED in Tampa, Florida, on August 16, 2010.

                                                          STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE